# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 cv 71

| | |
|---|---|
| MARK BECKER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ONEMAIN FINANCIAL GROUP, LLC and )<br>ONEMAIN FINANCIAL HOLDINGS, INC.,)<br>)<br>Defendants. )<br>_____ ) | **ORDER** |

Before the Court is the motion for *pro hac vice* admission [# 5] filed by Ann C. Ochsner, counsel for Plaintiff Mark Becker.

Upon review of the motion, it appears that Jeffery D. Price is a member in good standing with the Alabama Bar and will be appearing with Ann C. Ochsner, a member in good standing with the Bar of this Court. Additionally, the applicant has paid the requisite admission fee.

Accordingly, the Court **GRANTS** the motion [# 5]. The Court **ADMITS** Jeffery D. Price to practice *pro hac vice* before the Court while associated with local counsel.

Signed: April 24, 2018

Dennis L. Howell
United States Magistrate Judge