THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:18-cv-00071-MR-DLH

| | |
|---|---|
| MARK BECKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ONEMAIN FINANCIAL GROUP, LLC, ) | |
| and ONEMAIN FINANCIAL ) | |
| HOLDINGS, INC., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendants' Unopposed Motion to Compel Arbitration and Stay Case [Doc. 14].

For the reasons stated in the Defendants' motion, and in light of the Plaintiff's consent thereto, the Court will order the parties to submit to arbitration.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendants' Unopposed Motion to Compel Arbitration and Stay Case [Doc. 14] is **GRANTED**, and the Plaintiff shall submit his claims against the Defendants to arbitration as contemplated under the terms of the parties' agreement [Doc. 14-1].

**IT IS FURTHER ORDERED** that this matter is hereby **STAYED** pending completion of the arbitration proceedings. The parties shall submit a status report to the Court every ninety (90) days advising of the status of the parties' arbitration.

**IT IS SO ORDERED.**

Signed: May 28, 2018

Martin Reidinger
United States District Judge