# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:18 cv 71

| | |
|---|---|
| **MARK BECKER,** )<br> )<br> **Plaintiff,** )<br> )<br> v. )<br> )<br> **ONEMAIN FINANCIAL GROUP, LLC,** )<br> and **ONEMAIN FINANCIAL HOLDINGS,** )<br> **INC.,** )<br> )<br> **Defendants.** )<br>_____ ) | **ORDER** |

Before the Court is the "Notice" of Withdrawal as Attorney [# 16]. On June 28, 2018, Attorney Matthew J. Morrison filed a notice of withdrawal as counsel for Defendants. In this Court, an attorney cannot simply file a *notice* of withdrawal. *See* LCvR 83.1(f).

Accordingly, the Court **DIRECTS** the Clerk to strike the Notice [# 16]. The Court **DIRECTS** Attorney Morrison to file a motion to withdraw that comports with LCvR 83.1(f). Only then will the Court consider granting leave to withdraw as counsel.

Signed: June 29, 2018

_____
Dennis L. Howell
United States Magistrate Judge