# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:18-cv-00071-MR-WCM

| | |
|---|---|
| MARK T. BECKER, ) ) Plaintiff, ) ) vs. ) ) ONEMAIN FINANCIAL GROUP, ) LLC, and ONEMAIN FINANCIAL ) HOLDINGS, INC., ) ) Defendants. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Status Report [Doc. 19].

On May 24, 2018, the Defendants filed a motion to compel arbitration and to stay this civil action. [Doc. 15]. The Plaintiff did not oppose the Defendants' motion. [Id.]. On May 29, 2018, the Court entered an Order staying this civil action, referring this matter to arbitration, and directing the parties to file status reports every 90 days until the arbitration proceedings were completed. [Doc. 15]. No status reports, however, were forthcoming. After being contacted by the Clerk's Office, the parties filed the present status report on February 12, 2019. [Doc. 19]. In their report, the parties advise

that they have "engaged in some pre-arbitration discovery" and that the parties were in the process of "conferr[ing] about the possibility of mediating this case prior to [or] in lieu of arbitration." [Id. at 1-2]. It therefore appears that, despite the Court's explicit order to the parties to engage in arbitration, they have not taken any steps to commence a formal arbitration proceeding.

In light of the foregoing, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that the parties shall have **sixty (60) days** from the entry of this Order to complete an arbitration of this matter. Upon the conclusion of sixty (60) days, the stay in this matter will be lifted and this matter will be returned to the Court's regular docket.

**IT IS SO ORDERED.**

Signed: February 14, 2019

Martin Reidinger
United States District Judge