THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:18-cv-00071-MR-WCM

| | |
|---|---|
| **MARK T. BECKER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **ONEMAIN FINANCIAL GROUP,** ) | |
| **LLC, and ONEMAIN FINANCIAL** ) | |
| **HOLDINGS, INC.,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Stay Pending Settlement [Doc. 21].

The parties advise that they have "reached an agreement in principle to resolve this action." [Doc. 21 at 1]. The parties request that all deadlines in this action be stayed and that they be given thirty (30) days to submit the appropriate dismissal papers. [Id.].

For the reasons stated in the parties' Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Stay Pending Settlement [Doc. 21] is **GRANTED**, and the deadline for the filing of

a certificate of initial attorneys' conference is hereby **STAYED** for a period of thirty (30) days.

    **IT IS FURTHER ORDERED** that the parties shall have thirty (30) days from the entry of this Order within which to file a stipulation of dismissal.

    **IT IS SO ORDERED.**

Signed: May 3, 2019

Martin Reidinger
United States District Judge